```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JUSTIN VALENCIA,

                Plaintiff,

    - against -

ATLANTA VINYL, LLC,

                Defendant.

24-cv-7405 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **January 2, 2024**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

**SO ORDERED.**

Dated:    New York, New York
            October 2, 2024

                                          John G. Koeltl
                                    United States District Judge